**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David E Agbon–Ifo** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6179** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed in chapter **13**   **11/11/19** |
| Case number:   **19–32076** | | Date case converted to chapter **7**   **10/21/20** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David E Agbon–Ifo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1951 McConnor Parkway, Unit 59292 <br> Schaumburg, IL 60173 | |
| 4. | **Debtor's attorney** <br> Name and address | David H Cutler <br> Cutler & Associates, Ltd. <br> 4131 Main St. <br> Skokie, IL 60076 | Contact phone 847–673–8600 <br> Email:  cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Catherine L. Steege ESQ <br> Jenner & Block <br> 353 N. Clark Street <br> Chicago, IL 60654 | Contact phone 312–222–9350 <br> Email: csteege@jenner.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 10/22/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2020 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**Appear by Telephone. For instructions,, visit: www.justice.gov/ust–regions–r11/, region–11–northern–district–illinois** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/19/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 19-32076-TAB
David E Agbon-Ifo  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: evelyng     Page 1 of 3
Date Rcvd: Oct 22, 2020     Form ID: 309A     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David E Agbon-Ifo, 1951 McConnor Parkway, Unit 59292, Schaumburg, IL 60173-4371 |
| 28465822 | + | AGNES BLASZCZAK, C/O SCOTT C. KUNTZ, ESQ, 900 E NORTHWEST HWY, MOUNT PROSPECT, IL 60056-3444 |
| 28375945 | ++ | AMERILOAN DBA TFS CORP, PO BOX 111, MIAMI OK 74355-0111 address filed with court:, Cash Advance, Attn: Bankruptcy Dept, 2533 N. Carson St, Carson City, NV 89706 |
| 28375941 | | Amita Healhcare, 22589 Network Place, Chicago, IL 60673-1225 |
| 28375943 | + | Arnold Scott Harris, P.C. Attorney, 111 West Jackson Blvd, Ste 600, Chicago, IL 60604-3517 |
| 28375946 | | Check Into Cash, Bankruptcy Department, 6815 W. North Ave, Chicago, IL 60707 |
| 28375948 | | City of Chicago, Depart of Finance, PO Box 88290, Chicago, IL 60680-1290 |
| 28375949 | + | City of Chicago Bureau Parking, Department of Revenue, PO Box 88292, Chicago, IL 60680-1292 |
| 28375950 | + | City of Rolling Meadows, 3600 Kirchoff Rd, Rolling Meadows, IL 60008-2498 |
| 28375951 | + | City of Rolling Meadows Police, C/O Armos Systems Co, 1700 Kiefer Dr, Ste 1, Zion, IL 60099-5105 |
| 28375953 | + | Dorris Eneamokwu, 6500 N Damen Ave, Chicago, IL 60645 |
| 28375955 | | Eye Care Centers of America, PO Box 842131, Dallas, TX 75284-2131 |
| 28377210 | | Frank Schnobel, 6100 N Broadway, Chicago, IL 60660 |
| 28375963 | + | HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 28375960 | + | Heights Finance Corp, 3726 W Elm st, McHenry, IL 60050-4360 |
| 28375964 | | IL Dept of Health & Family Services, PO Box 19152, HFS 2766, Springfield, IL 62794-9152 |
| 28375965 | + | Illinois Child Support Enforcement, 509 S 6th Street, Springfield, IL 62701-1809 |
| 28375967 | | Illinois State Highway Authority, Attn: Legal Dept - Bob Lane, 2700 Ogden Ave, Downers Grove, IL 60515-1703 |
| 28375969 | + | Illinois Tollway, PO Box 5544, Chicago, IL 60680-5491 |
| 28375971 | + | Krystyna Scehura, 5673 N. Northcott Ave, Chicago, IL 60631-3103 |
| 28375972 | + | Kuntz & Kuntz, 900 E. Northwest Hwy, Mount Prospect, IL 60056-3444 |
| 28375976 | + | MW585 Midwest Title Loans, Inc, 1597 N. Rand Rd, Palatine, IL 60074-2919 |
| 28375973 | + | Mab&T-Santander Consum, Attn: Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 28375975 | + | Midwest Title Loan, 1300 Irving Park Rd, Hanover Park, IL 60133-2568 |
| 28375978 | + | Northwest Commuity Healthcare, 28079 Network Place, Chicago, IL 60673-1280 |
| 28375979 | + | Northwest Community Hospital, 28079 Network Place, Chicago, IL 60673-1280 |
| 28375980 | + | Pediatrust, 2215 N. Sanders Rd, Northbrook, IL 60062-6194 |
| 28375981 | | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 28375982 | + | QVC, Bankruptcy Department, 303 Miller St, Strasburg, PA 17579-1000 |
| 28375983 | + | QVC, C/O Bankruptcy Services, 6330 Gulfton, Houston, TX 77081-1108 |
| 28375984 | + | Secretary of State, Attn: Safety & Financial Resp, 2701 S. Dirksen Pkwy, Springfield, IL 62723-0002 |
| 28375985 | + | Sonnenschein Financial Services Inc, Two TransAm Plaza, Ste 300, Villa Park, IL 60181-4817 |
| 28375988 | + | VSAC Federal Loans, PO Box 777, Winooski, VT 05404-0777 |
| 28375987 | | Village of Villa Park, 200 S. Ardmore Ave, Villa Park, IL 60181 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: cutlerfilings@gmail.com | Oct 23 2020 00:53:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |

Case 19-32076  Doc 26  Filed 10/24/20  Entered 10/24/20 23:21:08  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: evelyng | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: 309A | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| tr | | + EDI: QCLSTEEGE.COM | Oct 23 2020 02:53:00 | Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-5474 |
| 28375944 | | EDI: CAPITALONE.COM | Oct 23 2020 02:53:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 28488427 | | + EDI: PHINHARRIS | Oct 23 2020 02:53:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd Ste.600, Chicago IL. 60604-3517 |
| 28443171 | | + Email/Text: comedbankruptcygroup@exeloncorp.com | Oct 23 2020 00:55:00 | Commonwealth Edison Company, Bankruptcy Department, 1919 Swift Drive, Oak Brook, IL 60523-1502 |
| 28375952 | | + Email/PDF: creditonebknotifications@resurgent.com | Oct 23 2020 01:18:38 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 28375956 | | + EDI: AMINFOFP.COM | Oct 23 2020 02:53:00 | First Premier Bank, Bankruptcy Department, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 28375957 | | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 01:19:39 | First Premier Bank, C/O LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 28375958 | | + Email/Text: bankruptcy@fncbinc.com | Oct 23 2020 00:53:00 | First Premier Bank, C/O First National Coll. Bureau, 610 Waltham Way, Sparks, NV 89437-6695 |
| 28375959 | | + EDI: PHINHARRIS | Oct 23 2020 02:53:00 | Harris & Harris LTD, 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 28375962 | | + EDI: RMSC.COM | Oct 23 2020 02:53:00 | Home Shopping Network, C/O Oliphant Collection Agency, PO Box 864934, Orlando, FL 32886-0001 |
| 28375961 | | + Email/Text: bankruptcy@hsn.net | Oct 23 2020 00:55:00 | Home Shopping Network, Bankruptcy Department, PO Box 9090, Clearwater, FL 33758-9090 |
| 28375966 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 23 2020 00:54:00 | Illinois Department of Revenue, Federal State Exchange Unit, PO Box 19026, Springfield, IL 62794-9026 |
| 28719071 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 23 2020 00:54:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9035 |
| 28375970 | | EDI: IRS.COM | Oct 23 2020 02:53:00 | Internal Revenue Service - 1/11, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28411644 | | EDI: JEFFERSONCAP.COM | Oct 23 2020 02:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 28375977 | | EDI: JPMORGANCHASE | Oct 23 2020 02:53:00 | National Payment Services, JP Morga, P.O. Box 182223, Columbus, OH 43218 |
| 28402196 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 01:20:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28375974 | | EDI: PARALONMEDCREDT | Oct 23 2020 02:53:00 | Medicredit, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 28490648 | | EDI: PRA.COM | Oct 23 2020 02:53:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK, N.A., POB 41067, Norfolk, VA 23541 |
| 28435748 | | + EDI: JEFFERSONCAP.COM | Oct 23 2020 02:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 28375986 | | + EDI: VERIZONCOMB.COM | Oct 23 2020 02:53:00 | Verizon Wireless, Attn: Bankruptcy Dept, PO Box 49, Lakeland, FL 33802-0049 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28375942 | ##+ | Armor Systems, 1700 Kiefer Dr, Ste 1, Zion, IL 60099-5105 |
| 28375947 | ##+ | Check n Go, Bankruptcy Department, 2547 W. Golf Rd, Hoffman Estates, IL 60169-1165 |
| 28375954 | ##+ | Express Auto Title Loans, 4007 ALGONQUIN ROAD, Rolling Meadows, IL 60008-3001 |
| 28375968 | ## | Illinois Tenants Union, Michael & Douglas Pensack, 4616 N. Drake, Chicago, IL 60625-5814 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catherine L. Steege, ESQ | csteege@jenner.com  csteege@ecf.axosfs.com |
| David H Cutler | on behalf of Debtor 1 David E Agbon-Ifo cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4